# EXHIBIT E – 911 AUDIO TRACKS 1-17

# DUE TO SIZE OF THE FILES THIS EXHIBIT WILL BE SUBMITTED WITH COURTESY COPY OF THE MOTION