# EXHIBIT H – VIDEOS IN REGULAR SPEED AND SLOW MOTION

# DUE TO THE SIZE OF THE FILES THIS EXHIBIT WILL BE SUBMITTED WITH THE COURTESY COPY OF THE MOTION