# REBORE, THORPE & PISARELLO, P.C.
### ATTORNEYS AT LAW

TIMOTHY J. DUNN, III
BRIAN A. A'HEARN
JOSEPH F. PUSATERI
MARIFLOR LEMAGNE
*Of Counsel:*
MICHELLE S. RUSSO

500 BI-COUNTY BLVD, SUITE 102
FARMINGDALE, N.Y. 11735
Phone:  (631) 249-6600
Fax:    (631) 249-8190

January 2, 2020

Filed Via ECF
HONORABLE ROBERT M. LEVY
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza, East
Brooklyn, NY  11201

        Re: Kassim Oliver and Joanna Pippins
           v. County of Nassau, et al
           15-cv-779 (RJD) (RML)

Dear Magistrate Judge Levy:

    I am counsel for the Nassau County Defendants in this matter. I responding for the parties in reply to Your Honors most recent order regarding this matter. After conferring with Plaintiff's counsel, it is respectfully asserted that a stipulation of dismissal has not yet been filed with the Court because the Nassau County Legislature recently approved the settlement and the settlement proceeds are now being processed by the County.

    I have conferred with plaintiff's counsel, Nicholas Massimo, and it is respectfully requested by the counsel to the parties that as a result of the above Your Honor allow the settlement to continue to be processed by the Nassau. It is further requested that the time to file the stipulation of dismissal or to report back as to the Court as to the status be extended for another 60 days. The parties apologize to Your Honor for any inconvenience this has caused and thank you for your patience.

                          Very truly yours,

                          REBORE, THORPE & PISARELLO, P.C.

                          Joseph F. Pusateri

```
cc:  MASSIMO & PANETTA, P.C.
     200 Willis Avenue
     Mineola, NY  11501
     Attention: Nicholas Massimo, Esq.
```