
RD 2/6/2020 JT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KASSIMO OLIVER and JOANNA PIPPINS

(RJD)(RML)
2:15 CV-779 ~~(JFB)~~ ~~(ARL)~~

STIPULATION AND
ORDER OF DISMISSAL

Plaintiff,

-against-

COUNTY OF NASSAU, PO DAVID DESENCHAK,
PO MATTHEW ANDOOS, PO THOMAS WATERS,
PO NICHOLAS BRANDO, PO JOHN OLNOWICH,
LT. MICHAEL HOLFESTER, LT. JOHN PIZZIMENTI
And DETECTIVE BRIAN PARPAN

Defendants.
----------------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice without costs or attorneys' fees to any party.

Dated: July 22, 2019

MASSIMO & PANETTA, PC
Attorneys for Plaintiffs

By: _____

200 Willis Avenue
Mineola, NY 11501

JARED A. KASSCHAU
Nassau County Attorney

By: _____
Joseph F. Pusateri,
~~Deputy County Attorney~~ Special Counsel
~~One West Street~~ Rebore Thayer Pisarelli, P.C.
~~Mineola, New York 11501~~ 500 Bi-County Blvd
Attorney for Defendants  Suite 102
Farmingdale, NY 11735

So Ordered.

~~So Ordered:~~

s/RJD
2/5/2020